# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, | |
| Plaintiff, | Case No. 2:10-cv-01880-GMN-GWF |
| vs. | **ORDER** |
| JAMES KARBAN, | Motion to Withdraw (#9) |
| Defendant. | |

This matter is before the Court on Anne E. Pieroni, Esq.'s Motion to Withdraw as Counsel for Plaintiff Righthaven LLC (#9), filed April 6, 2011. The Court finds the movant substantially establishes good cause for the withdrawal. In addition, Righthaven LLC will continue to be represented by Shawn A. Mangano, Esq. Accordingly,

**IT IS HEREBY ORDERED** that Anne E. Pieroni, Esq.'s Motion to Withdraw as Counsel for Plaintiff Righthaven LLC (#9) is **granted**.

DATED this 12th day of April, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge