# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, | ) |
| | ) Case No.: 2:10-cv-01880-GMN-GWF |
| Plaintiff, | ) |
| | ) **ORDER OF DISMISSAL WITHOUT** |
| vs. | ) **PREJUDICE PURSUANT TO RULE** |
| | ) **4(m) FEDERAL RULES OF CIVIL** |
| JAMES KARBAN, | ) **PROCEDURE** |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT
TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is dismissed without prejudice as **to Defendant JAMES KARBAN.**

**DATED** this 6th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge